# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3811

_____

Hayward Cleveland,                          *
                                            *
              Appellant,                     *
                                            *
       v.                                    *
                                            *   Appeal from the United States
Arkansas State Hospital,                     *   District Court for the Eastern
                                            *   District of Arkansas.
              Defendant,                     *
                                            *      [UNPUBLISHED]
Arkansas Partnership Program,                *
                                            *
              Appellee,                      *
                                            *
Probate Court of Arkansas,                   *
                                            *
              Defendant.                     *

_____

Submitted:  June 10, 2003
    Filed:  June 12, 2003

_____

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Hayward Cleveland appeals the district court's[1] order granting summary judgment to defendant Arkansas Partnership Program, and dismissing without prejudice his action challenging his continuing civil commitment. Having carefully reviewed the record, we conclude summary judgment was proper. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.